**Order entered November 4, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00524-CV

**BRIAN CAYCE BERTRAND, Appellant**

**V.**

**JOHN DAVID BERTRAND AND ANDREA GAIL ROBINSON BERTRAND, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15646**

## ORDER
Before Justices FitzGerald, Fillmore, and Stoddart

In their brief, John David Bertrand and Andrea Gail Robinson Bertrand request that Brian

Cayce Bertrand be sanctioned for filing a frivolous appeal. *See* TEX. R. APP. P. 45. We **DENY**

the motion.

/s/      ROBERT M. FILLMORE
JUSTICE